# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO ORTIZ, | : |
| Plaintiff, | : |
| v. | : NO. 22-CV-00853 |
| WELLPATH, f/k/a CORRECT CARE SOLUTIONS, LLC, GEISINGER CLINIC, ZACH ROTTMAN, D.O. and DANIEL LONGACRE, P.A., | : MAGISTRATE JUDGE WILLIAM I. ARBUCKLE |
| Defendants. | : ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Daniel Longacre, P.A. in the above-referenced matter.

Respectfully submitted,

/s/ Frank J. Brier
Frank J. Brier (PA ID 73044)
fbrier@mbklaw.com
Richard L. Armezzani (PA ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Attorneys for Defendant,
Daniel Longacre, P.A.

Date: June 29, 2022

## **CERTIFICATE OF SERVICE**

    I, Frank J. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 29th day of June 2022:

        John F. Mizner, Esquire
        Joseph P. Caulfield, Esquire
        Mizner Law Firm
        311 West Sixth Street
        Erie, PA  16507

        /s/ Frank J. Brier
        Frank J. Brier