UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO ORTIZ, | ) | CIVIL ACTION NO. 4:22-CV-853 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| WELLPATH, *f/k/a* CORRECT CARE | ) | |
| SOLUTIONS, LLC *et al.,* | ) | |
| Defendants | ) | |

## ORDER

On July 5, 2023, Plaintiff filed a motion requesting that all remaining case management deadlines be extended thirty days. (Doc. 42). All other parties concur in the motion. Accordingly, it is ORDERED that:

(1)   Plaintiff's motion (Doc. 42) is GRANTED.

(2)   The case management deadlines set forth in the Court's October 31, 2022, case management order (Doc. 32) are extended as follows:

| | |
|---|---|
| Close of Fact Discovery: | **August 7, 2023** |
| Plaintiff's Expert Reports: | **September 5, 2023** |
| Defendant's Expert Reports: | **October 2, 2023** |
| Supplementations Due: | **October 16, 2023** |
| Dispositive Motions With Supporting Briefs: | **December 4, 2023** |

Date: July 6, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

Page 1 of 1